**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-10473 |
| Plaintiff-Appellee, | D.C. No. 2:16-cr-01504-DGC |
| v. | |
| SCOTT ALLAN SPANGLER, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David G. Campbell, District Judge, Presiding

Submitted August 15, 2018**

Before: FARRIS, BYBEE, and N.R. SMITH, Circuit Judges.

Scott Allan Spangler appeals from the district court's judgment and

challenges his guilty-plea conviction and 60-month sentence for possession of

child pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B), (b)(2), and 2256.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Spangler's counsel has filed

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Spangler the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Spangler waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**